IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera           Date: February 26, 2013
Court Reporter:    Kara Spitler

Criminal Action No. 12-cr-00043-RBJ

*Parties*:                                *Counsel*:

UNITED STATES OF AMERICA,                 Barbara Skalla

    Plaintiff,

v.

DAVID GREGORY DEWITT, and                 Mark Johnson
ALEXANDRA WHITE,

    Defendants.

# COURTROOM MINUTES

**Motion Hearing**

**8:18 a.m.       Court in session.**

Appearances of counsel.

Defendant David Dewitt appears in custody.

Defendant Alexandra White appears on bond.

Defense counsel Mr. Reisch does not appear.

Argument by Mr. Johnson and Ms. Skalla as to the Motion by Dewitt for Bill of Particulars #[58].

For the reasons as stated on the record, it is;

**ORDERED:**   Motion by Dewitt for Bill of Particulars #[58] is GRANTED, but satisfied.

**ORDERED:**   Motion for Disclosure Pursuant to Rules 404(b) and 609, Federal Rules of Evidence #[68] is WITHDRAWN. Per Ms. Skalla, Mr. Reisch advised the government that he withdrew this motion. However, this motion was not been formally withdrawn by defense counsel.

**ORDERED:**   Motion for Production of all Jencks Materials and Memorandum Brief in Support Thereof #[69] is WITHDRAWN. Per Ms. Skalla, Mr. Reisch advised the government that he withdrew this motion. However, this motion was not been formally withdrawn by defense counsel.

**ORDERED:**   Motion by Defendant Dewitt Requesting That the Court Set Dewitt's Outstanding Motion for Bill of Particulars for Hearing on February 26, 2013 #[80] is GRANTED.

**ORDERED:**   Motion by Defendant Dewitt Requesting That the Court Order Discovery From Government of All Financial Compensation Given to the Confidential Informant in this Case #[81] is WITHDRAWN.

**ORDERED:**   Motion by Defendant Dewitt Requesting that the Court Set Hearing Regarding Government's Failure to Disclose Recorded Statements Between Dewitt and the Confidential Informant and Other Ordered Discovery #[82] is WITHDRAWN.

**ORDERED:**   Defendant David Dewitt is remanded to the custody of the United States Marshal.

**ORDERED:**   Defendant Alexandra White is continued on bond.

**8:37 a.m.**   **Court in recess.**

Hearing concluded.

Total time:   00:19